**Order entered May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00355-CV

### ERIC DRAKE, Appellant

### V.

### STEPHEN WALKER ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06774-D**

## ORDER

Before the Court are appellant's (1) May 5, 2014 "responses to the Court's May 2, 2014 order concerning audio tape recordings of the January 6, 2014 hearing on appellant's Eric Drake's indigency" and (2) May 9, 2014 "objection to consolidation and motion for rehearing on William Tapscott's recusal hearing pursuant to TRAP 34.6(f)." We construe the May 5th response as a motion for reconsideration of our May 2, 2014 order and **DENY** the motion. To the extent appellant requests in his May 9th motion that the Court rescind its May 7, 2014 order consolidating appellate cause number 05-14-00478-CV, his appeal of the trial court's order denying his motion to recuse, into this appeal of the trial court's order dismissing his suit against appellees, we **DENY** the request. We further **DENY** appellant's requests in his May 9th motion that the Court submit "the dispute" over the reporter's record of the January 6, 2014 hearing to

the trial court and accept his "finished" and "bounded" brief on the merits addressing the trial court's order denying his motion to recuse or, in the alternative, allow him to exceed the word limit for briefs. On our own motion, though, we **GRANT** appellant additional time to file a combined brief addressing the two appealed trial court orders. Appellant shall file the combined brief no later than June 6, 2014.

/s/    ADA BROWN
          JUSTICE